**Order entered March 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01396-CR
No. 05-13-01397-CR
No. 05-13-01398-CR

**ELTON RAY CHATMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-71830-H, F10-71100-H, F13-39543-H**

## ORDER

The Court **REINSTATES** the appeal.

On March 4, 2014, we ordered the trial court to make findings of fact regarding why the reporter's record had not been filed. On March 17, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeals, we **VACATE** the March 4, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE